Entered on Docket
December 22, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3, by its Attorney in fact Wells Fargo Bank, N.A.
10-73253

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-24966-mkn |
|---|---|
| Myn Lwin | Date: 12/8/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1 | Secured Creditor US Bank National Association, as Trustee for Asset-Backed Pass-Through
2 | Certificates Series 2006-WFHE3, by its Attorney in fact Wells Fargo Bank, N.A., its assignees and/or
3 | successors in interest, of the subject property, generally described as 555 E. Silverado Ranch Blvd#
4 | 1144, Las Vegas, NV 89123.
5 | Submitted by:
6 |
7 | **WILDE & ASSOCIATES**
8 | By: _[signature] #10235_
    **Gregory L. Wilde, Esq.**
9 | Attorney for Secured Creditor

10 | **APPROVED / DISAPPROVED**

11 | By:_____
    Georege Haines
12 | Attorney for Debtor(s)

13 | **APPROVED / DISAPPROVED**

14 | By:_____
15 | William A. Leonard
    Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   The court has waived the requirements set forth in LR 9021(b)(1).

_____   No party appeared at the hearing or filed an objection to the motion.

__X__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or     __X__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or     __X__ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor